UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

XC ASSOCIATES, INC.,

       Plaintiff,  **STIPULATION OF DISMISSAL**

-against-        Civil Case No.: 1:12-CV-00790
             (DNH-RFT)

XZERES WIND CORP.,

       Defendant.

---

**IT IS HEREBY STIPULATED AND AGREED TO** by and between the undersigned counsel for Plaintiff XC Associates, Inc. and Defendant Xzeres Wind Corp. that Plaintiff's claims against Defendant in this action and Defendant's counterclaims against Plaintiff in this action are dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41, and that Plaintiff and Defendant shall pay their owns costs and attorneys' fees.

Dated: September 24 2013

**GIRVIN & FERLAZZO, P.C.**

By: _____
  Robert F. Manfredo, Esq.
  20 Corporate Woods Boulevard
  Albany, New York 12211
  *Counsel for Plaintiff*

**LAW OFFICES OF TODD WENGROVSKY, PLLC**

By: _____
  Todd Wengrovsky, Esq.
  285 Southfield Road, Box 585
  Calverton, New York 11933
  *Counsel for Defendant*

SO ORDERED:

_____
DAVID N. HURD
United States District Judge
Dated: 9/25/13  Utica, NY

1